IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-28-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILFRED FARRIOR, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of supervised release (DE 75). Upon review of the motion, the responses of the government and probation office, and the record in this case, defendant has not demonstrated good cause for early termination. Continuation of supervised release in good standing, with successful employment and community activities as described by defendant, is consistent with the court's expectations at sentencing. The court commends defendant for his record of achievement while on supervised release. Early termination is not warranted, however, given the nature and circumstances of defendant's underlying conviction, his criminal history, the fact that he has served only half his time on supervision, and where defendant does not show that supervision is hindering his commendable efforts at rehabilitation. Accordingly, defendant's motion is DENIED.

SO ORDERED, this the 22nd day of April, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge